# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
OCT 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

CR 19 0537  EMC

ANUP KAUSHAL,


~~UNDER SEAL~~

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1542 – Use of Passport Secured by False Statement;
18 U.S.C. § 982(a)(6) – Forfeiture Allegation;

A true bill.

_____
Foreman

Filed in open court this ___17___ day of ___Oct 2019___

_____
Ada Means   Clerk

Bail, $ _____   **NO BAIL WARRANT**

Jacqueline Scott Corley
United States Magistrate Judge

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

COUNTS 1-2: 18 U.S.C. § 1542 - Use of Passport Secured by False Statement

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**UNDER SEAL**

PENALTY: COUNTS 1-2: 10 years imprisonment, $250,000 fine, 3 years of supervised release, $100 mandatory special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
OCT 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

— DEFENDANT - U.S —
▶ Anup Kaushal

DISTRICT COURT NUMBER
CR 19-0537 EMC

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAUSA Christopher Vieira

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                        Before Judge:

Comments:

```
DAVID L. ANDERSON (CABN 149604)
United States Attorney
```

FILED
OCT 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

~~UNDER SEAL~~

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



| UNITED STATES OF AMERICA, | ) CASE NO. CR 19 0537 |
|---|---|
| Plaintiff, | ) VIOLATION: |
| v. | ) 18 U.S.C. § 1542 – Use of Passport Secured by False Statement; |
| ANUP KAUSHAL, a/k/a Gurdeep Singh, a/k/a Anoop Singh, | ) 18 U.S.C. § 982(a)(6) – Forfeiture Allegation |
| Defendant. | ) SAN FRANCISCO VENUE ) [UNDER SEAL] |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. § 1542 – Use of Passport Secured by False Statement)

On or about May 19, 2010, in the Northern District of California, the defendant,

ANUP KAUSHAL,
a/k/a Gurdeep Singh,
a/k/a Anoop Singh,

willfully and knowingly used passport No. ******906, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application therefore which falsely stated that defendant had never used any other names, to gain entry into the United States at San Francisco International Airport, in violation of Title 18, United States Code, Section 1542.

INDICTMENT

COUNT TWO:        (18 U.S.C. § 1542 – Use of Passport Secured by False Statement)

On or about February 3, 2012, in the Northern District of California, the defendant,

> ANUP KAUSHAL,
> a/k/a Gurdeep Singh,
> a/k/a Anoop Singh,

willfully and knowingly used passport No. ******906, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application therefore which falsely stated that defendant had never used any other names, to gain entry into the United States at San Francisco International Airport, in violation of Title 18, United States Code, Section 1542.

FORFEITURE ALLEGATION:     (18 U.S.C. § 982(a)(6))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(6).

Upon conviction of the offense set forth in this Indictment, the defendant,

> ANUP KAUSHAL,
> a/k/a Gurdeep Singh,
> a/k/a Anoop Singh,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

   a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense;

   b. any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; or

   c. that was used to facilitate, or was intended to be used to facilitate, the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT                                    2

1 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
2 | United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).
3 |     All pursuant to Title 18, United States Code, Section 982(a)(6) and Federal Rule of Criminal
4 | Procedure 32.2.

DATED: 17 OCT 2019

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

INDICTMENT      3