FILED

May 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DAVID L. ANDERSON (CABN 149604)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> ANUP KAUSHAL, <br> a/k/a Gurdeep Singh, <br> a/k/a Anoop Singh, <br>     Defendant. | CASE NO. CR 19-00537 EMC <br><br> VIOLATION: <br> 18 U.S.C. § 1546(a) – False Swearing in Immigration Matter <br><br> SAN FRANCISCO VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE:        (18 U.S.C. § 1546(a) – False Swearing in Immigration Matter)

On or about November 1, 2004, in the Eastern District of California, the defendant,

ANUP KAUSHAL,<br>
a/k/a Gurdeep Singh,<br>
a/k/a Anoop Singh,

did knowingly make under oath a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, a Form N-400 Application for Naturalization, that is, the defendant stated that he had never been ordered to be removed, excluded, or deported from the United States, which statement the defendant then and there knew was false, in that the defendant had twice been ordered removed, excluded, or deported from the United States, in

1  violation of Title 18, United States Code, Section 1546(a).

3  DATED: May 22, 2020_____                    DAVID L. ANDERSON
                                                 United States Attorney

                                                 /s/ *Christopher Vieira*
                                                 CHRISTOPHER VIEIRA
                                                 Special Assistant United States Attorney