DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7027
    christopher.vieira@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-00537 EMC |
|     Plaintiff, | UNITED STATES' SENTENCING MEMORANDUM |
|     v. | |
| ANUP KAUSHAL,<br>a/k/a Gurdeep Singh,<br>a/k/a Anoop Singh, | |
|     Defendant. | |

## I. INTRODUCTION

The defendant, Anup Kaushal, a/k/a Gurdeep Singh, a/k/a Anoop Singh procured his U.S. citizenship through fraud. Kaushal went through immigration proceedings under his Gurdeep Singh and Anoop Singh identities, but he failed to appear and immigration judges ordered him deported two separate times. Kaushal lied to the U.S. Citizenship and Immigration Services about a number of his facts and circumstances, including his prior deportation orders, in order to advance his citizenship application. In November 2004, Kaushal received U.S. citizenship based substantially on those misrepresentations. Through his conduct, Kaushal not only cheated the system, but he also cheated other aspiring U.S. citizens who chose to pursue their naturalization honestly and lawfully.

## II. FACTUAL BACKGROUND

The PSR includes a detailed overview of Kaushal's offense and offense conduct. *See* PSR ¶¶ 8-13. The government agrees with the PSR's factual recitations and adopts them here.

## III. PRESENTENCE REPORT

The government reviewed the PSR prepared by United States Probation Officer Denise Mancia. The government agrees with the PSR's Offense Level calculation and further agrees that Kaushal should receive a two-level reduction for acceptance of responsibility and timely notification of his intent to plead guilty. The government does not have unresolved objections to the report's factual recitation or recommended probation terms.

## IV. THE GOVERNMENT'S RECOMMENDED SENTENCE

The government joins Probation in recommending that the Court sentence Kaushal to a low-end guideline sentence of three years of probation with six months of curfew-style home confinement, a $25,000 fine, and a $100 mandatory special assessment.

Offenses like the one committed here erode the integrity of the immigration system and unfairly disadvantage those who lawfully seek to become naturalized citizens. Kaushal's path to citizenship was characterized by dishonesty. He lied when he first came to the United States by claiming to be Gurdeep Singh. When he applied for asylum as Anoop Singh, he lied about when and how he came to the United States. When he applied for legal permanent resident status and naturalization as Anup Kaushal, he lied

about when and how he came to the United States, the names that he used, and his prior deportation orders.  Kaushal lied at every critical stage of his immigration process.  The Superseding Information to which Kaushal pleaded guilty focuses on just one of his false statements, but there were many others.

     While Kaushal's offense conduct is serious, the government also recognizes that his personal history and characteristics present important mitigating factors.  As such, the government does not believe that a custodial sentence is necessary.  However, the government urges the Court to impose six months of home confinement and a mid-range fine of $25,000.  Those penalties are sufficient, but not greater than necessary, to reflect the seriousness of Kaushal's conduct, provide just punishment, and serve the goal of general deterrence.

DATED:  August 24, 2020                          Respectfully submitted,

                                                    DAVID L. ANDERSON
                                                    United States Attorney

                                                    */s/ Christopher Vieira*
                                                    CHRISTOPHER VIEIRA
                                                    Special Assistant United States Attorney